# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Douglas Paul Phillips, | No. CV-16-01319-PHX-ROS |
| Petitioner, | **ORDER** |
| v. | |
| Charles L Ryan, et al., | |
| Respondents. | |

A district judge "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b). Where any party has filed timely objections to the R&R, the district court's review of the part objected to must be *de novo*. *Id.* If, however, no objections are filed, the district court need not conduct such a review. *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003).

Magistrate Judge Deborah M. Fine issued a Report and Recommendation ("R&R") recommending the petition for writ of habeas corpus be denied and dismissed as untimely because it was filed years after the one-year statute of limitations expired. (Doc. 18 at 1-2.) The R&R applied statutory tolling under 28 U.S.C. § 2244(d)(2) for the time a "properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending," and concluded the one-year limitation period expired on Monday, November 8, 2010. (Doc. 18 at 5-6.) The R&R also found Petitioner failed to establish that equitable tolling applied or that the

untimeliness may be excused by an equitable exception. (*Id.* at 6-9.) Here, Petitioner did not file his habeas petition until May 3, 2016, over five after the statute of limitations expired. (Doc. 1.)

Petitioner timely objected to the R&R, and he argued that a judge in his underlying criminal case should have found his motion to dismiss timely and granted his motion in the underlying criminal case. (Doc. 19 at 2.) Petitioner also argued another abuse of discretion occurred when a court found that "no prosecutorial misconduct was present in the records of [his] first trial." (*Id.* at 3) (emphasis omitted). However, Petitioner did not object to the R&R's timeliness analysis, nor did Petitioner establish a basis for showing his habeas petition is indeed timely.

Accordingly,

**IT IS ORDERED** the Report and Recommendation (Doc. 18) is **ADOPTED** and the petition for writ of habeas corpus is **DENIED** with prejudice.

**IT IS FURTHER ORDERED** a Certificate of Appealability and leave to proceed in forma pauperis on appeal are **DENIED** because the dismissal of the petition is justified by a plain procedural bar and jurists of reason would not find the procedural ruling debatable.

Dated this 3rd day of August, 2017.

Honorable Roslyn O. Silver
Senior United States District Judge